# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

LEONARD BRAYNEN, JR., Petitioner,

*Plaintiff(s)*
v.
MICHAEL MARTIN, Respondent.

Civil Action No. 5:17-CV-151

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED in its entirety; the Petition under § 2254 is DENIED; and this Civil Action is DISMISSED and STRICKEN from the active docket of this Court. It is further
ORDERED that Petitioner has WAIVED his right to seek appellate review.

This action was:
☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

FILED
AUG 12 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**Cheryl Dean Riley**

*CLERK OF COURT*
Cheryl Dean Riley

Date: August 19, 2019

By: J. O- Abraham
*Signature of Clerk or Deputy Clerk*